ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

JS-6 - Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JAN - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-4-12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO TORRES,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>LINDA SANDERS, Warden,<br><br>　　　　Respondent. | Case No. CV 11-7830-DMG (RNB)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Accepting Magistrate Judge's Findings and Recommendation filed herein,

　　　IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for lack of jurisdiction.

DATED: 12/29/11

　　　　　　　　　　　　　　　　　　　　　Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE