I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1·4·12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO TORRES,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>LINDA SANDERS, Warden,<br><br>　　　　Respondent. | Case No. CV 11-7830-DMG (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Magistrate Judge's Findings and Recommendation filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for lack of jurisdiction.

DATED: 12/29/11

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE